# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

---

No. 18-51092

---

GREEN VALLEY SPECIAL UTILITY DISTRICT,

        Plaintiff - Appellee Cross-Appellant

v.

CITY OF SCHERTZ, TEXAS; DEANN T. WALKER, in her official capacity as Chairman and Commissioner of the PUC; ARTHUR C. D'ANDREA, in his official capacity as a Commissioner of the PUC; JOHN PAUL URBAN, in his official capacity as Executive Director of the Public Utility Commission of Texas; BRIAN JAMES, in his official capacity as the City Manager of the City of Schertz, TX; SHELLY BOTKIN,

        Defendants - Appellants Cross-Appellees

---

Appeals from the United States District Court
for the Western District of Texas

---

Before OWEN, Chief Judge, JONES, SMITH, STEWART, DENNIS, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, COSTA, WILLETT, HO, DUNCAN, ENGELHARDT and OLDHAM, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on defendants-appellants cross-appellees City of Schertz, TX and Brian James' motion for hearing en banc, and defendants-appellants cross-appellees Deann T. Walker, Arthur C. D'Andrea, Shelly Botkin and John Paul Urban's motion for hearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be heard by the court en banc with argument on a date hereafter to be fixed.

No. 18-51092

The Clerk will specify a briefing schedule for the filing of supplemental briefs.